# Court of Appeals
# of the State of Georgia

ATLANTA,  October 26, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0511. CHARLES GATLIN v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.

This case began as a dispossessory proceeding in magistrate court. After the magistrate court issued a judgment in favor of the plaintiff, the defendant Charles L. Gatlin appealed to superior court. The superior court granted the plaintiff's motion for summary judgment, and Gatlin appeals. We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Because Gatlin did not follow the proper procedure for requesting appellate review, we lack jurisdiction. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  10/26/2018*
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*